IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3120 |
| | ) | |
| V. | ) | |
| | ) | ORDER |
| MICHAEL DAVID TERRY JR., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the government's motion to continue, (filing no. 15), is granted, and the government's discovery shall be provided to the defense on or before November 24, 2009.

DATED this 16th day of November, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge