IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                     )<br>          Plaintiff,              )<br>                                                     )<br>     v.                                          )<br>                                                     )<br> MICHAEL TERRY,                )<br>                                                     )<br>          Defendant.           ) | 4:09CR3120<br><br>MEMORANDUM AND ORDER |

The defendant has moved to continue his plea hearing, currently set for January 25, 2010, because the defendant is currently attending school, and due to a change of circumstances, additional time is needed to determine the scope of the plea agreement. (Filing No. 25). The government does not oppose defendant's motion.

IT IS ORDERED:

1) The defendant's motion to continue, (filing no. 25), is granted, and defendant's plea hearing will be held before the undersigned magistrate judge on the 25th day of February, 2010, at 2:30 p.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska. The defendant is ordered to appear at this hearing.

2) The Court finds the ends of justice served by continuing defendant's plea hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and February 25, 2010 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

DATED this 21st day of January, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge