IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3120 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL DAVID TERRY JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's motion to continue time to file sentencing brief (filing 41) is granted.

DATED this 3rd day of May, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge