IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3120 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL DAVID TERRY JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the plaintiff's motion to extend (filing 47) is granted. The plaintiff's response to the defendant's motion for variance is due on or before May 21, 2010. Sentencing is continued until further order of the court. Counsel shall contact the undersigned's judicial assistant to reschedule sentencing.

    DATED this 7th day of May, 2010.

                                            BY THE COURT:

                                            *Richard G. Kopf*
                                            United States District Judge