IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3120 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MICHAEL DAVID TERRY, | ) | |
| | ) | |
| Defendant. | ) | |

With the agreement of counsel,

IT IS ORDERED that Defendant Terry's evidentiary hearing and sentencing are rescheduled to Thursday, June 3, 2010, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated May 25, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge